In the US District Court for the District of Columbia

Case: 1:23–cv–02580 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/31/2023
Description: FOIA/Privacy Act (I–DECK)

Dr. Paul Maas Risenhoover

v.

US Department of Commerce, in particular Bureau of Industry and Security (if deemed an agency for FOIA purposes), or Dr. Betty Lee, Elena Love, Carmen Quiesenberry, amd Alysha Hussain, if deemed FOIA agencies

First amendment petition for redress of grievances concomitant to Civil Complaint for FOIA violations

1. July 18, 2023, a FOIA request (infra) with later supplements was made (infra). The Commerce Department has not apprised Plaintiff of any action taken thereon, thus this action is timely and ripe for adjudication.

Cause of Action and LEGAL STANDARD, flagging the action for equitable *"jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant. In such a case the court shall determine the matter de novo, and may examine the contents of such agency records in camera to determine whether such records or any part thereof shall be withheld under any of the exemptions set forth in subsection (b) of this section, and the burden is on the agency to sustain its action."*

Jurisdiction
*"(C)(i) Any person making a request to any agency for records under paragraph (1), (2), or (3) of this subsection shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph."*

Meaning of agency and head of agency as terms of art:

- *(1) "agency" as defined in section 551(1) of this title includes any executive department, **military department,** Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government (including the Executive Office of the President), or any independent regulatory agency; and*

RECEIVED
AUG 31 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- *(2) 'record' and any other term used in this section in reference to information includes—*
    - *(A) any information that would be an agency record subject to the requirements of this section when maintained by an agency in any format, including an electronic format; and*
    - *(B) any information described under subparagraph (A) that is maintained for an agency by an entity under Government contract, for the purposes of records management.*

*(g) The head of each agency shall prepare and make ~~publicly available upon request~~ **available for public inspection in an electronic format**, reference material or a guide for requesting records or information from the agency, subject to the exemptions in subsection (b), including—*

- *(1) an index of all major information systems of the agency;*
- *(2) a description of major information and record locator systems maintained by the agency; and*
- *(3) a handbook for obtaining various types and categories of public information from the agency pursuant to chapter 35 of title 44, and under this section.*

ARGUMENT:

1. In time of actual war, the Bureau of Industry and Security, like the Public Health Service, are military agents of the President as Commander in Chief of the Army and Navy of the United States, reposed with duties to superintend sutlers and coordinate with the Qartermaster GENERAL corps. In imposing export and trade controls when Congress has authorized the President to apply paramount force abroad, such acts may properly be deemed lawful acts of national defense. The Bureau of Industry and Security thus may be assimilated to an Alien Property Custodian, a military governor, and an Enemy Alien trustee:

"*The inquiries from the Head of the Military Government, with reference to the appointment of an agent in Santo Domingo for the Alien Property Custodian, appear to involve the question as to whether or not, in view of the occupation of the Republic by the forces of the United States**, it is to be considered a part of the "United States" as those words are used in the Trading with the Enemy Act so as to extend to that country** the application of the act.*

*In reply I have the honor to state that, bearing in mind the nature and purposes of the act and the circumstances surrounding the occupation of the Republic of Santo Domingo, it would appear that* **<u>the words "United States" as used in the act, were not intended to include the Republic of Santo Domingo</u>** *and that it was not contemplated that the provisions of the act should apply to that country. The Department has consulted the* **<u>officers vested with the administration of the Trading with the Enemy Act, including the Alien Property Custodian,</u>** *and they agree that the act need not be interpreted as applicable to the Republic of Santo Domingo.*

*In this relation, however, it would appear that the Head of the Military Government could issue such orders as may be necessary or appropriate to obtain the objects of the Trading with the Enemy Act in a manner suitable to the peculiar conditions prevailing in that country."*
https://history.state.gov/historicaldocuments/frus1918Supp02/d396


*The belligerent occupation does not confer United States nationality upon the inhabitants of the Japanese Mandated Islands. The mandate, however, did not confer Japanese nationality upon them*. **<u>Native inhabitants, therefore, should not be treated as enemy aliens.</u>**
https://history.state.gov/historicaldocuments/frus1944v05/d1197


2. A Military Governor, is an agency, being an agent as representative of the President (Ochoa v. Hernandez y Morales, 230 U. S., 139, 57 L. ed., 1427, cited approvingly in Duarte v Dade, https://www.chanrobles.com/cralaw/1915octoberdecisions.php?id=220,   FRCP Rule 44.1)


On the **<u>20th day of May, 1902, pursuant to the direction of the President of the United States, the Hon. Leonard Wood, military governor of Cuba, transferred to the President and Congress of the Republic of Cuba the government and control of the island pursuant to a formal proclamation</u>** then and there made, and the Hon. Estrada Palma, President of the Republic of Cuba, **<u>accepted the transfer pursuant to a formal speech of acceptance then and there made.</u>**

*The proceedings on that occasion are set forth in full in Gaceta de la Habana, official periodical of the Government of the Republic of Cuba, and the following are abstracts from the Gazette bearing upon the matter in question:*

HEADQUARTERS MILITARY GOVERNOR, ISLAND OF CUBA,
*Habana, May 20, 1902.*

**To the President and Congress of the Republic of Cuba.**

SIRS: <u>Under the direction of the President of the United States, I now transfer to you as the duly elected representatives of the people of Cuba the government and control of the island, to be held and exercised by you, under the provisions of the constitution of the Republic of Cuba heretofore adopted by the constitutional convention and this day promulgated; and I hereby declare the occupation of Cuba by the United States and the military government of the island to be ended.</u>

*This transfer of government and control is upon the express condition, and the Government of the United States will understand, that by the acceptance thereof you do now, pursuant to the provisions of the said constitution, assume and undertake, all and several, the obligations assumed by the United States with respect to Cuba by the treaty between the United States of America and Her Majesty the Queen Regent of Spain, signed at Paris on the 10th day of December, 1898.*

*The plans already devised for the sanitation of the cities of the island and to prevent a recurrence of epidemic and infectious diseases, to which the Government of the United States understands that the provisions of the constitution contained in the fifth article of the appendix applies, are as follows:*

*(1)*

> *A plan for the sewering and paving of the city of Habana, for which a contract has been awarded by the municipality of that city to McGivney, Rokeby & Co.*

*(2)*

> *A plan for waterworks to supply the city of Santiago de Cuba, prepared by Capt. S. D. Rockenbach, in charge of the district of Santiago, and approved by the military governor, providing for taking water from the wells of San Juan Canyon and pumping the same to reservoirs located on the heights to the east of the city.*

> *(3)*

> *A plan for the sewering of the city of Santiago de Cuba, a contract for which was awarded to Michael J. Dady & Co. by the military governor of Cuba, and now under construction.*
>
> > *(4)*
>
> *The rules and regulations established by the President of the United States on the 17th of January, 1899, for the maintenance of quarantine against epidemic diseases at the ports of Habana, Matanzas, Cienfuegos, and Santiago de Cuba, and thereafter at the other ports of the island, as extended and amended and made applicable to future conditions, by order of the military governor, dated April 29, 1902, published in the Official Gazette of Habana on the 29th day of April, 1902.*
>
> > *(5)*
>
> *The sanitary rules and regulations in force in the city of Habana.*
>
> > *LEONARD WOOD,*
> > *Military Governor of Cuba.*
>
> *The transfer was accepted by the following official communication * * * of which the following is a true translation:*
>
> *Hon. Gen. LEONARD WOOD.*
>
> *SIR: As President of the Republic of Cuba, I received in this act the government of the Island of Cuba, which you transfer to me, in compliance of the orders communicated to you by the President of the United States, and I take note that in this act the military occupation of the island ceases.*
>
> *[Page 269]*
>
> *Upon accepting this transfer, I declare that the Government of the Republic assumes, in accordance with the precepts of the constitution, all and every one of the obligations established with respect to Cuba by the Government of the United States, by virtue of the treaty signed on the 10th of December, 1898, between the United States and Her Majesty the Queen Regent of Spain.*
>
> *With the understanding that article 5 of the appendix to the constitution is applicable to them, the government will take*

> *care to facilitate the execution of the work of sanitation projected by the military government; it will procure, also, to the extent of its authority, the observance of the regimen established by the military government of Cuba, and will hold itself responsible, in the arrangements for sanitation, for the obligations of the two countries.*
>
> *T. ESTRADA PALMA.*
>
> *The appendix to the constitution of Cuba consists of the provisions of the Piatt amendment, which are thus incorporated by that appendix into the constitution of Cuba, and the fifth article of said appendix is the same as the fifth article of the Piatt amendment above set forth.*

https://history.state.gov/historicaldocuments/frus1905/d279

6. Furthermore, it is beyond question that Executive Order No. 193, of which it is said on page 2 of the State Department's letter attached hereto[15] that it 'purports to have been issued in this city (Washington) August 2, 1918, "by authority of the Government of the United States,"' was, as a matter of fact, so issued and by that authority. **Rear Admiral Knapp, Military Governor of Santo Domingo by competent appointment and commission, was in his proper person present in Washington on that date and for some days prior thereto on duty in connection with the administration of the Military Government under his charge, in constant consultation with the Department of State, the political department of the Government entrusted with foreign affairs**. His contemplated action in relation to the matter of the executive order under consideration was the **subject of conference with the Department of State, and his final action, the promulgation of the said executive order, was, without any doubt whatsoever, with the approval of that Department which, in such matters, embodies the 'authority of the Government of the United States.'** Under the circumstances **there was not, nor could have been, any assumption of unwarranted authority on the part of the Military Governor. He was the mouthpiece of the Government of the United States speaking only by authority of the Government.**

7. The fact that the Military Governor of Santo Domingo, Rear Admiral Knapp, was a**bsent from the titular seat of his Government** when he issued Executive Order No. 193 does not in any manner or degree vitiate or invalidate

*that order. There is abundant precedent and practice to dispel any doubt on that point should such doubt arise in the mind of any one concerned.* **It is no secret that Rear Admiral Knapp was actually legally advised on this point in this particular instance.**

*8. When the military occupation of Santo Domingo was proclaimed and the consequent military government came into force all the functions of government were taken over and lodged in the military government for administration under the orders of the military governor.* **Ordinarily such assumption of the functions of government in a foreign state is regarded as an act of war.** *This matter, however, has not been presented to this office for consideration [Page 142] and is, therefore, not dwelt upon herein. Suffice it to say that* **the Military Government of Santo Domingo, set up 'by authority and direction of the Government of the United States,' was established in fact.**

*9. Without entering into the history of the occupation or attempting the recital of details relating to the* **efforts of the Military Governor to have Dominican officials continue to assist in the governmental administration** *of the Dominican Republic, it may be said that, from the beginning of the occupation* **the military government has been** *the* **Government of the Dominican Republic. There has been no other government of the Republic since the date of the occupation.**

*10. But it is manifest that in all of this the Military Government has functioned, and continues to function,* ==not as an independent, self-created agency with arbitrary, unlimited powers, but as the active agent of the Government of the United States== *engaged in the administration of Dominican affairs both foreign and domestic. The* ==Military Government, actually operating through the official persons of members of the armed forces (Navy and Marine Corps) of the United States, possesses no power or authority not reviewable by the Government of the United States personified by the President, who, himself, customarily speaks concerning such matters through the medium of the Department of State.== *Thus, as shown hereinbefore, the proclamation of occupation dated November 29, 1916, was, before its promulgation, visaed by the Department of State and specifically approved by the President; and was issued by his order. Also, the Military Governor's Executive Order No. 193, of August 2, 1918, was sanctioned by the State Department, as for the President, before its issuance.*

*11. The burden of the arguments advanced in the letter from the State Department herewith seems directed towards the assumption of the position*

*that the Government of the United States has no (further) responsibility in the matter of requiring that the provisions of Executive Order No. 193 be carried out, but that the Government of the Dominican Republic (which the Department of State avers is the Military Government) has that responsibility inherently.* ==This position might be considered as well taken if it were established that the Military Government is functioning as a sovereign independent entity regardless of the actual overlordship of the Government of the United States. Under such conditions—which I do not admit as existing—the Military Government, operating under the laws of war, which are the basic laws governing true military government, could doubtless impress its will, by force if necessary,== *upon the General Receiver of Customs. As mentioned heretofore, however, the Military Government,* ==in the existing circumstances of military occupation, has no such independent authority.== *Anticipated action was provided for in the express terms of Executive Order No. 193 wherein 'the consent of the Government of the United States' is recorded as a granted necessary condition, this* **consent having been obtained by the Military Governor, Rear Admiral Knapp, prior to the issuance of the order.**

*12. For* **the Government of the United States, in the person of the Department of State t**o *decline now to require the fulfillment [Page 143] of the terms of that order by the* **General Receiver of Customs, himself an appointee of the Government,** *would be to introduce most serious complications involving among other things a charge of bad faith, and to throw the Military Government back upon the necessity of exercising powers which properly it does not possess,* **in order to maintain unimpaired the good name and good faith of the United States of America.**

*ecidedly otherwise, the 1918 bond issue was authorized by the Government of the United States in its approval of Executive Order No. 193,* ==issued by its agent, the Head of the Military Government,== *quite without reference to any treaty. Furthermore, the Receivership has been definitely confirmed and continued, for the prosecution of its duties during the indefinite period of occupation, by the provisions of the twelfth paragraph of the Proclamation of Occupation. Reference to the treaty of 1907 in this connection seems scarcely even apposite.*

*Nevertheless, the obligation and responsibility of the Government of the United States in relation to the* **faithful performance of the terms of this order** *and the complete maintenance of the integrity of the bond issue are, it would appear, hardly susceptible of question.*

*15. As to the functions and prerogatives of the General Receiver, these attributes extend beyond the limits described in the treaty. While he 'is given no authority by treaty over funds to be collected for the payment of these bonds,' he is, very specifically given such authority under the provisions of paragraph 9 of Executive Order [Page 144]No. 193, 'Issued at Washington, D.C., U.S.A., by authority of the Government of the United States, 2 August, 1918.' That paragraph reads as follows:*

*As an immediate consequence of such conclusion there arises the question,* **_'What is the actual status of the Dominican Republic?'_**

*In reply to this question I would present my opinion that—*

*(a)*

    *The Dominican Republic may be described as not altogether extinguished but* **_temporarily suppressed and, for the time being, in a state of suspended animation._**

*(b)*

    *There is* **_no existing Government of the Dominican Republic in the ordinary acceptation of the words, i.e., a government of the Dominicans, by the Dominicans, for Dominicans, actually functioning_**.

    *(c)*

*The* **_governmental attributes of the Dominican Republic are, for the present, merged or submerged in the Military Government of Santo Domingo, an agency of the Government of the United States, deriving its powers therefrom and functioning solely 'by authority of the Government of the United States.'_**

      *(d)*

*Under existing circumstances, therefore, in all that relates to the administration of the national governmental affairs of the Dominican Republic, the* **_Government of the United States and the Government of the Dominican Republic are in fact synonymous._**

        *17. With particular reference to the specific inquiry in the first endorsement hereon it is my conclusion, to which I have led up at some length, that the Military Government by armed forces of the United States in the Dominican Republic should*

> *not be regarded as 'administering affairs for the Government of that Republic' by virtue of any authority derived from the sovereign people of Santo Domingo, but as administering the affairs of the Government of that Republic for, on account of, and by authority of, the Government of the United States whose agent it, the Military Government, is; the Government of the United States having taken over in their entirety the Governmental functions of Santo Domingo, the Dominican Republic."*

Supplement to July 18, 2023 request:

1. Please release all materials responsive to the AP request, including the AP request, and any response, as well as intra- and inter-agency interlocution about the AP request.

And the AP articles if accessioned by BIS or DOC.

Note: email chain

From: Hussain, Alysha [Federal][AHussain@doc.gov]
Sent: 12/16/2021 11:22:21PM
To: Elena Love (Elena.Love@bis.doc.gov); Carmen Quesenberry [Carmen-Quesenberry@bis.doc.gov]
Subject: RE: REVIEW QUICK: Associated Press request

Yes. I googled the underlying sources as well and looked for the specific info cited. This appears to

be based on ==***all open source info***==.

July 18, 2023 request:

Please release any of the following responsive records, and any translations, in

your BCIS Chinese PLA AMMS entity listing files. Also release all the process chain materials mentioned in your pdf, ie, from BIS to DOC OCC and OGC, to OGC OMB, and everything in between, as released in the public domain in https://www.bis.doc.gov/index.php/documents/2022-update-conference/3069-emerging-tech-bci-update-2022-occ-bl/file

Noting that the steps noted constitute admission into the public domain that such documentation exists:
   Draft of NOI or ANPRM 9 to 10 months Clearance from OCC and OGC
1 to 2 months Publication in Fed Reg

BCI–Procedure Overview •

Draft of Advanced Notice of Proposed Rulemaking (ANPRM) •

Input from the TACS-ETTAC and METAC •

Consolidate the comments and suggestions for the final draft •
Regulatory Policy Division revision of the document •
Circulate interagency for clearance e.g., State, DOD and DOE •
More revisions based on their inputs •
Forward to the Office of Chief Counsel for their preview and clearance •
Forward it to Office of General Counsel for OMB (Office of Management and Budget) • Publication in the Federal Register •
Review comments submitted by the public

https://pubmed.ncbi.nlm.nih.gov/34979193/

https://www.sciencedirect.com/science/article/pii/S0165027021003757?via%3Dihub

https://www.bis.doc.gov/index.php/documents/2022-update-conference/3069-emerging-tech-bci-update-2022-occ-bl/file

National Institute of Defense Technology Innovation, Academy of Military Sciences China, Beijing, 100081, China; Tianjin Artificial Intelligence Innovation Center (TAIIC), Tianjin, 300450, China. Electronic address: yinerwei1985@gmail.com

https://www.frontiersin.org/articles/10.3389/fnhum.2020.00094/full
Efficacy, Trainability, and Neuroplasticity of SMR vs. Alpha Rhythm Shooting Performance Neurofeedback Training

https://www.frontiersin.org/articles/10.3389/fnhum.2021.645952/full Retinotopic and topographic analyses with gaze restriction for steady-state visual evoked potentials
https://www.nature.com/articles/s41598-019-41158-5


Data Augmentation: Using Channel-Level Recombination to Improve Classification Performance for Motor Imagery EEG
Yu Pei1,2, Zhiguo Luo2,3, Ye Yan2,3, Huijiong Yan2,3, Jing Jiang4, Weiguo Li1, Liang Xie2,3* and Erwei Yin2,3
1School of Software, Beihang University, Beijing, China
2Tianjin Artificial Intelligence Innovation Center (TAIIC), Tianjin, China
3Unmanned Systems Research Center, National Innovation Institute of Defense Technology, Academy of Military Sciences China, Beijing, China
4National Key Laboratory of Human Factors Engineering, China Astronaut Research and Training Center, Beijing, China

An ERP-based BCI with peripheral stimuli: validation with ALS patients
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6974196/

A self-paced BCI prototype system based on the incorporation of an intelligent environment-understanding approach for rehabilitation hospital environmental control
https://www.sciencedirect.com/science/article/abs/pii/S0010482520300172?via%3Dihub

Towards correlation-based time window selection method for motor imagery BCIs
https://core.ac.uk/reader/151397597?utm_source=linkout



https://www.frontiersin.org/articles/10.3389/fnhum.2020.00231/full

Temporal Combination Pattern Optimization Based on Feature Selection Method for Motor Imagery BCIs

Jing Jiang1, Chunhui Wang1, Jinghan Wu2, Wei Qin3,4, Minpeng Xu2 and Erwei Yin3,4*
1National Key Laboratory of Human Factors Engineering, China Astronaut Research and Training Center, Beijing, China
2Academy of Medical Engineering and Translational Medicine, Tianjin University, Tianjin, China
3Unmanned Systems Research Center, National Innovation Institute of Defense Technology, Academy of Military Sciences China, Beijing, China
4Tianjin Artificial Intelligence Innovation Center (TAIIC), Tianjin, China
An Introductory Tutorial on Brain–Computer Interfaces and
Their Applications
School of Computer Science and Technology, Hangzhou Dianzi University, Xiasha Higher Education Zone, Hangzhou 310018, China
https://www.semanticscholar.org/paper/An-Introductory-Tutorial-on-Brain%E2%80%93Computer-and-Bonci-Fiori/079cae93355043eb7e43d6fcbd5baaeb55da3040, https://www.mdpi.com/2079-9292/10/5/560

Progress in the brain–computer interface: an interview with Bin He
By Chengyu Li and Weijie Zhao
https://pdfs.semanticscholar.org/303e/0ae3770f5205af238cbc7b65a76549bf088d.pdf?_gl=1*1332sa3*_ga*MTM3Nzc1NDU3Ny4xNjU5NjE4NTg0*_ga_H7P4ZT52H5*MTY4OTY3MDMyNS43Mi4wLjE2ODk2NzAzOTEuNjAuMC4w

A Chinese Text Input Brain–Computer Interface Based on the P300 Speller James W. Minett, Hong-Ying Zheng, Manson C-M. Fong, Lin Zhou, Gang Peng, and William S-Y. Wang The Chinese University of Hong Kong, Hong Kong, China
http://clhc.cuhk.edu.hk/People/Wang/part-A/minett.2012.pdf

Promoting brain–computer interface in China by BCI Controlled Robot Contest in World Robot Contest Bingchuan Liu1 , Xiaogang Chen2 , Yijun Wang3 , Xiaorong Gao1 (   ) (Guest Editors) 1 Department of Biomedical Engineering, Tsinghua University, Beijing 100084, China 2 Institute of Biomedical Engineering, Chinese Academy of Medical Sciences and Peking Union Medical College, Tianjin 300192, China 3 State Key Laboratory on Integrated Optoelectronics, Institute of Semiconductors, Chinese Academy of Sciences, Beijing 100083, China
https://www.sciopen.com/article_pdf/1539813314299392002.pdf

The combination of brain-computer interfaces and artificial intelligence: applications and challenges
June 2020Annals of Translational Medicine 8(11):712-712

When China launched its Tiangong-2 space lab in 2016, one of its many aims was to test the adaptability of brain-computer interface (BCI) technology to a space environment. Successful completion of this world-first trial by Chinese astronauts provided a baseline for comparing BCI performance on Earth and in space. The BCI system used for the test was developed by a team from the Tianjin Brain Science Center (TBSC).

Launched in 2019, stemming from Tianjin University's Academy of Medical Engineering and Translational Medicine, and its affiliated Huanhu Hospital, TBSC focuses on cognitive science, neuro-engineering, human-machine interface, and brain-inspired intelligence, and their medical applications. Particularly, it is pushing its BCI innovations in the aerospace industry, and rehabilitation medicine.

https://www.nature.com/articles/d42473-020-00028-9

https://www.chinadaily.com.cn/a/202305/05/WS6454eb0aa310b6054fad14dc.html

https://www.chinadaily.com.cn/a/202305/31/WS64767b89a3107584c3ac2fe0.html

Chinese military news articles on BCIS http://www.81.cn/jfjbmap/content/2022-03/18/content_311708.htm, http://www.81.cn/jfjbmap/content/2020-07/24/content_266784.htm

PLA invents brain controlled robots http://www.xinhuanet.com/mil/2015-08/11/c_128117153.htm
Hierarchical feature fusion framework for frequency ... - PubMed

nih.gov
https://pubmed.ncbi.nlm.nih.gov › ...
.

由 Y Zhang 著作 · 2019 · 被引用 32 次 — Electronic address: yinerwei1985@gmail.com. 3 Clinical Hospital of Chengdu Brain Science Institute, MOE Key Lab for Neuroinformation, University of ...

Spatial localization in target detection based on decoding ...
https://pubmed.ncbi.nlm.nih.gov › ...
.

由 Y Wang 著作 · 2022 · 被引用 3 次 — Electronic address: yinerwei1985@gmail.com. PMID: 34979193; DOI: 10.1016/j.jneumeth.2021.109440. Abstract. Background: The Gaze-independent ...

An Auditory-Tactile Visual Saccade-Independent P300 Brain ...

worldscientific.com
https://www.worldscientific.com › doi › pdf
由 E Yin 著作 · 2016 · 被引用 108 次 — yinerwei1985@gmail.com. Timothy Zeyl. Bloorview Research Institute. Holland Bloorview Kids Rehabilitation Hospital.

A Facial Electromyography Activity Detection Method in Silent ...

ieee.org
https://ieeexplore.ieee.org › iel7
由 H Cai 著作 · 2021 · 被引用 2 次 — qw taiic@163.com, yy taiic@163.com, yinerwei1985@gmail.com, minpeng.xu@tju.edu.cn, richardming@tju.edu.cn. Abstract—Silent speech recognition (SSR) is a new ...

A Self-Paced Brain-Computer Interface Speller by Combining ...
https://ieeexplore.ieee.org › iel7
由 Y Yu 著作 · 2016 · 被引用 14 次 — E-mail: yuyangnudt@hotmail.com, jiangjun@nudt.edu.cn, narcz@163.com, yinerwei1985@gmail.com, liuyadong1977@163.com, wangjj15@126.com, jincao71@163.com, ...

Asynchronous Robotic Arm System Based on Augment

acm.org
https://dl.acm.org › doi › pdf

由 PF Chen 著作 · 2021 · 被引用 1 次 — yinerwei1985@gmail.com. ABSTRACT. With the development of robot technology, more and more dis- abled people can improve their external environment's ...

Temporal Combination Pattern Optimization Based on Feature ...

frontiersin.org
https://www.frontiersin.org › articles › full
.

由 J Jiang 著作 · 2020 · 被引用 41 次 — *Correspondence: Erwei Yin, yinerwei1985@gmail.com. Disclaimer: All claims expressed in this article are solely those of the authors and do ...

arXiv:1812.10227v2 [q-bio.NC] 21 Mar 2019

arxiv.org
https://arxiv.org › pdf
PDF
由 Y Zhang 著作 · 2018 · 被引用 32 次 — Email addresses: yinerwei1985@gmail.com ( Erwei Yin), xupeng@uestc.edu.cn (Peng. Xu). Preprint submitted to Neural Networks. March 22, 2019 ...

Deducing Multidecadal Anthropogenic Global Warming ...

ebscohost.com
http://search.ebscohost.com › login
.

由 N Zhang 著作 · 2019 · 被引用 17 次 — Authors: Zhang, Nannan · Liu, Yadong · Yin, Erwei2,3 corresponding.yinerwei1985@gmail.com. Deng, Baosong · Cao, Lu · Jiang, Jun · Zhou, Zongtan · Hu, Dewen ; Source: ...

Flexible Strain Sensor-Based Data Glove for Gesture ...

tandfonline.com
https://www.tandfonline.com › doi › abs
.

由 B Ji 著作 · 2023 — ... Beijing, China;d Tianjin Artificial Intelligence Innovation Center (TAIIC), Tianjin, ChinaCorrespondenceyinerwei1985@gmail.com

Temporal Combination Pattern Optimization Based on Feature ...

readcube.com
https://www.readcube.com › articles › f...
.

2020 年 6 月 30 日 — yinerwei1985@gmail.com. Specialty section: This article was submitted to. Brain-Computer Interfaces,. a section of the journal.

Joint Feature-Space and Sample-Space Based ...

semanticscholar.org
https://pdfs.semanticscholar.org › ...
PDF
由 W Hu 著作 · 2021 · 被引用 1 次 — yinerwei1985@gmail.com (E.Y.). 4. National Key Laboratory of Human Factors Engineering, China Astronaut Research and Training Center,.

(PDF) Temporal Combination Pattern Optimization Based on ...

researchgate.net
https://www.researchgate.net › publication
.

2023 年 3 月 4 日 — yinerwei1985@gmail.com. Specialty section: This article was submitted to. Brain-Computer Interfaces,. a section of the journal.

Retinotopic and topographic analyses with gaze restriction for ...

d-nb.info
https://d-nb.info › ...
PDF
由 Z Zhou 著作 · 被引用 17 次 — and Yadong Liu contributed equally. Correspondence and requests for materials should be addressed to E.Y. (email:

Respectfully submitted,
Your ever faithful and most Obedient Servant



Dr. Paul Maas Risenhoover
Rosh Yeshiva and Dean, Yeshiva B'nai Noah of the B'nai Noah Religious Society (registered in 1992)
Executive Director, Robin Hood International Human Rights Legal Defense Fund (tradename registered 2005 December)
27-1 Yu Nung Rd. 5th Fl. 1-
2, 5A3, East District, Hsin Tung Borough, 0003 Lin, Tainan   70164, island of Formosa, TAIWAN, TW   West Pacific, USA 22 CFR 120.60 ("any
territory or possession of the United States, and any territory or possession over which the United States exercises any powers of administration, legislation, and jurisdiction.")


*drpaulmaas@gmail.com*
*ilovelibby@gmail.com*
*AmericanFormosaTrustArea@gmail.com*
*AmericanFormosaTrustTerritory@gmail.com*
*AmericanSteamTargetOfficer@gmail.com*
*NationalSteamTargetOfficer@gmail.com*
*FormosaCivilGovernment@gmail.com*
*Project14thAmendment@gmail.com*
*SovereignNationsOfFormosa@gmail.com*
*and*
*FormosaGeologicConjugatesPoints@gmail.com*   *(pending reactivation)*