UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL MAAS RISENHOOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-02580 (UNA) |
| | ) | Civil Action No. 23-03233 (UNA) |
| U.S. DEPARTMENT OF | ) | |
| COMMERCE *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ENJOINING PLAINTIFF FROM PROCEEDING *IN FORMA PAUPERIS***

On November 13, 2023, the Court concluded that Plaintiff Paul Maas Risenhoover has abused the privilege of proceeding *in forma pauperis*. Consequently, Risenhoover was ordered to explain why he should not be barred from proceeding *in forma pauperis* in this district court. *See* Mem. and Order to Show Cause, No. 23-cv-02580, ECF No. 4 at 6 (incorporating "any other pending unassigned (UNA) case filed by Plaintiff containing an *in forma pauperis* motion"). Risenhoover's prolix responses, *id.*, ECF Nos. 5, 6, are unavailing.

Accordingly, it is

**ORDERED** that the Order to Show Cause is **DISCHARGED**; it is further

**ORDERED** that Paul Maas Risenhoover is hereby **ENJOINED** from bringing a civil action *in forma pauperis* in the United States District Court for the District of Columbia; it is further

**ORDERED** that Risenhoover's respective motion [2] for leave to proceed *in forma pauperis* in Case No. 23-cv-02580 and Case No. 23-cv-03233 is **DENIED**. Risenhoover has 30 days from the filing date of this order to pay the $405 filing fee or suffer dismissal of any unpaid case without prejudice; and it is further

2

**ORDERED** that should Paul Maas Risenhoover present to the Clerk of Court a complaint, petition, or any other initiating document without the applicable filing fee, the Clerk shall return the tendered document(s) to Mr. Risenhoover <u>unfiled</u> and include a copy of this order.

**SO ORDERED**.

Date: January 8, 2024

_____/s/_____
CHRISTOPHER R. COOPER
United States District Judge